

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,024-01

### EX PARTE TONY CLEMENT FLISOWSKI, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 09CR3582-83-1 IN THE 405TH DISTRICT COURT FROM GALVESTON COUNTY

*Per curiam*. SLAUGHTER, J., not participating.

### O P I N I O N

Applicant pleaded guilty to possession of a controlled substance and was sentenced to two years' imprisonment. Applicant did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied due process because the lab tech who tested the evidence seized in this case was Jonathan Salvador, who has since been discredited based on misconduct. Although Applicant has discharged his sentence in this case, he has alleged that he is suffering collateral consequences from this conviction sufficient to allow this Court to consider his claim by way of habeas corpus. *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010). The

trial court entered findings of fact and conclusions of law and recommends relief be granted. The State agrees.

Relief is granted. *See Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). The judgment in cause number 09CR3582 in the 405th District Court of Galveston County is set aside, and Applicant is remanded to the custody of the Sheriff of Galveston County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 28, 2022

Do not publish